IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LORENZO LARA-HAYNES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-056-Z |
| | § | |
| CIPRIANO GARCIA and | § | |
| AARON HERRERA, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 6, 2021, the United States Magistrate Judge entered findings and conclusions (ECF No. 29) on Defendant Garcia and Herrera's Joint Motion for Summary Judgment (ECF No. 21). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Defendants' Joint Motion is GRANTED and, consequently, Plaintiff's claims are DISMISSED. Defendants' Motion to Seal (ECF No. 20) is GRANTED.

**SO ORDERED**.

January 28, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE